a prevailing plaintiff postjudgment interest from the date of the original judgment in his favor.

Because this case presents a conflict among the Circuits over the proper application of an oft-used federal statute (28 U. S. C. § 1961), I would grant the petition for certiorari.

No. 87–1725. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS v. CORDOVA. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–1765. MELLAS ET AL. v. WALSH. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–1781. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. MILLER. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–1739. D & S AUTO PARTS, INC. v. SCHWARTZ ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 87–1780. BURT v. JUSTICES OF THE SUPREME COURT OF IDAHO ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 87–6008. FISHER v. OKLAHOMA. Ct. Crim. App. Okla.;

No. 87–6125. SPRUILL v. NORTH CAROLINA. Sup. Ct. N. C.;

No. 87–6196. GARDNER v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Forsyth County, N. C.;

No. 87–6365. KNOX v. TEXAS. Ct. Crim. App. Tex.;

No. 87–6460. RUPE v. WASHINGTON. Sup. Ct. Wash.;

No. 87–6644. BOOKER v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla.;

No. 87–6674. HOLDEN v. NORTH CAROLINA. Sup. Ct. N. C.;

No. 87–6774. MILLER v. TEXAS. Ct. Crim. App. Tex.; and

No. 87–6845. LINCECUM v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. Reported below: No. 87–6008, 736 P. 2d 1003